USDC UT Approved 06/06/00    Revised 11/03/00

# United States District Court
## District of Utah

FILED
13 NOV 01 PM 2: 36
DISTRICT OF UTAH
DEPUTY CLERK

**UNITED STATES OF AMERICA**

vs.

**Dorothy Moran**

aka Dottie Moran

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **2:00 CR 440-2-ST**

Plaintiff Attorney: **Michele Christiansen**

Defendant Attorney: **Michael Sikora**

Atty: CJA ☒  Ret ___  FPD ___

Defendant's Soc. Sec. No.: **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**

Defendant's Date of Birth: **4/17/78**

Defendant's USM No.: **08333081**

Defendant's Residence Address:
County Jail

Country  USA

**11/07/01**
Date of Imposition of Sentence

Defendant's Mailing Address:
County Jail

Country  USA

THE DEFENDANT:
☒ pleaded guilty to count(s) **3 of the Indictment**
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____

COP  **8/28/01**  Verdict _____

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21 USC § 841(a)(1) 841(b)(1)(C) | Possession of a Controlled Substance with Intent to Distribute | 3 |

Entered on docket
**11/13/01** by:
_____
Deputy Clerk

☐ The defendant has been found not guilty on count(s) _____
☒ Count(s) **2, 4 of the Indictment** (is)(are) dismissed on the motion of the United States.

## SENTENCE

Pursuant to the Sentencing Reform Act of 1984, it is the judgment and order of the Court that the defendant be committed to the custody of the United States Bureau of Prisons for a term of **17 months**

Upon release from confinement, the defendant shall be placed on supervised release for a term of **36 months**

☐ The defendant is placed on Probation for a period of _____.
The defendant shall not illegally possess a controlled substance.


68

Defendant:     Dorothy Moran                                                                Page 2 of 5
Case Number:   2:00 CR 440-2-ST

*For offenses committed on or after September 13, 1994:*
> The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant possesses a low risk of future substance abuse. (Check if applicable.)

### SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

In addition to all Standard Conditions of (Supervised Release or Probation) set forth in PROBATION FORM 7A, the following Special Conditions are imposed: (see attachment if necessary)

1. The defendant shall participate in drug and/or alcohol aftercare treatment under a copayment plan, as directed by the USPO.
2. The defendant shall participate in a mental health treatment program, under a co-payment plan, as directed by the USPO.
3. As directed by the USPO, the defendant will submit to drug/alcohol testing, and pay an initial $115 fee and additional costs associated with confirmation testing of positive results.
4. The defendant shall not use or possess alcohol.
5. The defendant shall maintain full-time, verifiable employment or participate in academic or vocational development throughout the term of supervision as deemed appropriate by the USPO.
6. The defendant shall submit her person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

### CRIMINAL MONETARY PENALTIES

### FINE

The defendant shall pay a fine in the amount of   $ _____ , payable as follows:
☐ forthwith.

☐ in accordance with the Bureau of Prison's Financial Responsibility Program while incarcerated and thereafter pursuant to a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

☐ in accordance with a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

☒ other:
**No Fine Imposed**

☐ The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).

Defendant: Dorothy Moran  Page 3 of 5
Case Number: 2:00 CR 440-2-ST

☐ The court determines that the defendant does not have the ability to pay interest and pursuant to 18 U.S.C. § 3612(f)(3), **it is ordered that:**

    ☐ The interest requirement is waived.

    ☐ The interest requirement is modified as follows:

## RESTITUTION

**The defendant shall make restitution to the following payees in the amounts listed below:**

| **Name and Address of Payee** | **Amount of Loss** | **Amount of Restitution Ordered** |
|---|---|---|
| | | |
| Totals: $ | $ | |

(*See* attachment if necessary.) All restitution payments must be made through the Clerk of Court, unless directed otherwise. If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless otherwise specified.

☐ Restitution is payable as follows:

    ☐ in accordance with a schedule established by the U.S. Probation Office, based upon the defendant's ability to pay and with the approval of the court.

    ☐ other:

☐ The defendant having been convicted of an offense described in 18 U.S.C.§3663A(c) and committed on or after 04/25/1996, determination of mandatory restitution is continued until _____ pursuant to 18 U.S.C. § 3664(d)(5)(not to exceed 90 days after sentencing).
    ☐ An Amended Judgment in a Criminal Case will be entered after such determination

### SPECIAL ASSESSMENT

The defendant shall pay a special assessment in the amount of $ **$100**, payable as follows:
☒ forthwith.
☐ _____

Defendant: Dorothy Moran  Page 4 of 5
Case Number: 2:00 CR 440-2-ST

---

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid

---

## PRESENTENCE REPORT/OBJECTIONS

The court adopts the factual findings and guidelines application recommended in the presentence report except as otherwise stated in open court.

## RECOMMENDATION

☒ Pursuant to 18 U.S.C. § 3621(b)(4), the Court makes the following recommendations to the Bureau of Prisons:
**That defendant be allowed to participate in 500-hour drug treatment program while incarcerated.**

## CUSTODY/SURRENDER

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district at _____ on _____ .

☐ The defendant shall report to the institution designated by the Bureau of Prisons by _____ Institution's local time, on _____ .

DATE: 11/13/01

Ted Stewart
United States District Judge

Defendant:     Dorothy Moran                                    Page 5 of 5
Case Number:   2:00 CR 440-2-ST

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
   Deputy U.S. Marshal

ce

United States District Court
for the
District of Utah
November 13, 2001


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:00-cr-00440



True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


    Michele M. Christiansen, Esq.
    US ATTORNEY'S OFFICE
    ,
    JFAX 9,5245985

    Ms. Mary C. Corporon, Esq.
    CORPORON & WILLIAMS PC
    808 E SOUTH TEMPLE
    SALT LAKE CITY, UT   84102
    JFAX 9,3638243

    Michael R. Sikora, Esq.
    43 E 400 S
    SALT LAKE CITY, UT   84111
    JFAX 9,3643232

    USMS
    DISTRICT OF UTAH
    ,
    JFAX 9,5244048

    US Probation
    DISTRICT OF UTAH
    ,
    JFAX 9,5261136